# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIONEL LARRY HARDY

NO. 2022 KW 0786

AUGUST 29, 2022

---

In Re:    Lionel Larry Hardy, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 605,248.

---

BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

                         JMM
                         PMc

**Holdridge, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT